No. 83–6915.  BEAM v. ALABAMA, *ante*, p. 846;

No. 83–6998.  BOLES v. GUILFORD TECHNICAL INSTITUTE, *ante*, p. 849;

No. 84–96.  INLAND MARINE INDUSTRIES ET AL. v. HOUSTON, *ante*, p. 855;

No. 84–5022.  BIRDEN v. CONAN ET AL., *ante*, p. 860;

No. 84–5099.  BRADY v. SMITH, ATTORNEY GENERAL, *ante*, p. 863;

No. 84–5248.  FERENC, AKA ROWE v. PAITE ET AL.; *ante*, p. 885;

No. 84–5259.  SHEMERDIAK v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA, *ante*, p. 886; and

No. 84–5294.  IN RE COOPER, *ante*, p. 878.  Petitions for rehearing denied.

No. 84–5061.  CALDWELL v. A. H. ROBINS CO., *ante*, p. 862. Petition for rehearing denied.  JUSTICE POWELL took no part in the consideration or decision of this petition.

NOVEMBER 19, 1984

No. 83–1441.  HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES v. BLANKENSHIP ET AL.; and

No. 83–6542.  BLANKENSHIP ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 53.  Reported below: 722 F. 2d 1282.

NOVEMBER 20, 1984

No. 84–218.  IN RE COUNTY OF SUFFOLK ET AL.  Petition for writ of prohibition dismissed under this Court's Rule 53.

NOVEMBER 26, 1984

No. 84–349.  GIBNEY ET AL. v. TOLEDO FEDERATION OF TEACHERS ET AL.  Appeal from Ct. App. Ohio, Lucas County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.